**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

October 29, 2015

Hon. Giselle Horton
Assistant Travis County Attorney
PO Box 1748
Austin, TX 78767-1748
* DELIVERED VIA E-MAIL *

Hon. Ariel Payan
The Law Offices of Ariel Payan
1012 Rio Grande
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Hon. David A. Escamilla
County Attorney
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767-1748
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00090-CR
Tr.Ct.No.  C1CR-11-221292
Style:    Jason Harding v. The State of Texas

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Dana DeBeauvoir, Travis County District Clerk (DELIVERED VIA E-MAIL)
       Hon. Billy Ray Stubblefield, Presiding Judge, Third Administrative Judicial
       Region  (DELIVERED VIA E-MAIL)